IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES WMC 2005-HE5, Plaintiff, vs. RICK J. BOWLER, Defendant. | CV 18–49–M–DLC<br><br>ORDER |

Before the Court is Plaintiff's Unopposed Motion to Stay Scheduling Order (Doc. 28). On January 15, 2019, Plaintiff filed a Motion for Summary Judgment (Doc. 20). This Motion is now fully briefed and ripe for ruling. Plaintiff requests that the current schedule be stayed pending resolution of this dispositive motion so as to potential avert further expenses in preparation for trial. Accordingly,

IT IS ORDERED that the Motion (Doc. 28) is GRANTED and further proceedings in this case shall be STAYED until such time as Plaintiff's Motion (Doc. 20) has been ruled on.

DATED this 22nd day of April, 2019.

Dana L. Christensen, Chief Judge
United States District Court