UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES WMC 2005-HES,<br><br>    Plaintiff,<br><br>vs.<br><br>RICK J. BOWLER,<br><br>    Defendant. | Case No. CV-18-049-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Wells Fargo on the Note as follows pursuant to the Order issued on May 14, 2019:

| | |
|---|---|
| Unpaid Principal through February 1, 2019 | $251,694.54 |
| Interest on the Unpaid Principal through February 1, 2019 | $196,260.10 |

Escrow/Impound Advance Balance    $60,929.88

Loan Level Advance Balance    $1,985.77

Per Diem Interest Charge on Unpaid    $5,978.22
Principal from February 1, 2019
through the date of this Judgment


Dated this 13th day of June, 2019.

TYLER P. GILMAN, CLERK

By: /s/ A.S. Goodwin
A.S. Goodwin, Deputy Clerk

